## Daniel T. CHATMON, Claimant–Appellant,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 02–7107.

United States Court of Appeals, Federal Circuit.

July 27, 2004.

Kyle E. Chadwick, Principal Attorney, Jeanne E. Davidson, David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellee.

Jeffrey Wood, Principal Attorney, York, PA, for Claimant–Appellant.

### ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

Trademark Office." The court cannot both dismiss and remand an appeal.

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.